# White and Williams LLP

*One Penn Plaza*
*18th Floor, Suite 1801*
*New York, NY 10119*
*Phone: 212.244.9500*
*Fax: 212.244.6200*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07

Michael J. Kozoriz
Direct Dial: 212.631.4412
Direct Fax: 212.631.4432
kozorizm@whiteandwilliams.com

June 26, 2007

**By ECF and Copy By First Class Mail**

Hon. William H. Pauley III, U.S.D.J.
United States District Court
500 Pearl Street, Room 2210
New York, New York 10007

    RE:  **The Paul Revere Life Insurance Company vs. John Cahn**
           **Civil Action No.: 2:06-cv-4866 (WHP)(DF)**
           **Our File No.: 16931/J0122 (19,101)**
           **REQUEST FOR MODIFICATION OF JOINT PRETRIAL**
           **ORDER DUE DATE**

Dear Judge Pauley:

    We represent the plaintiff, Paul Revere, in the above-referenced matter. Pursuant to an amended scheduling order, the Final Pre-Trial Order is due June 29, 2007, and there is a Pre-Trial Conference before Your Honor on July 20, 2007. Under the original scheduling order, the Final Pre-Trial Order was due eight days before the June 8, 2007 Pre-Trial Conference. <u>Please accept this correspondence as our formal request that the current June 29, 2007 due date for the Final Pre-Trial Order be adjourned to eight days before the Pre-Trial Conference, i.e., July 12, 2007.</u> The parties <u>are</u> <u>not</u> seeking an adjournment of the July 20, 2007 Pre-Trial Conference. Counsel for defendant, Creedon & Gill P.C., have consented and join in this application to the Court.

    Thank you for Your Honor's consideration of the above request.

application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/3/07

Respectfully submitted,
WHITE AND WILLIAMS LLP

By: _____
    Michael J. Kozoriz

cc:  Clerk, S.D.N.Y. *(Original By First Class Mail)*
     Peter J. Creedon, Esq. *(Copy By First Class Mail)*